

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★         ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00141-CR

Jesse **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 227386
Honorable Monica E. Guerrero, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Sandee Bryan Marion, Justice

Delivered and Filed:   June 17, 2009

DISMISSED

Appellant has filed a motion to dismiss his appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH